UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                       Criminal Case No. 11-20117

      vs.                             HON. GEORGE CARAM STEEH

D-3 TATAIANA LATRICE TAYLOR,

      Defendant.
_____/

### ORDER EXTENDING SELF-SURRENDER DATE

      The parties having conducted a telephone conference with the court today and explained the need for defendant to obtain further medical treatment before her report date and having agreed upon a two week extension of her current report date of October 17, 2014,

      IT IS THEREFORE ORDERED that defendant surrender to the Federal Bureau of Prisons on October 31, 2014.

      SO ORDERED.

Dated: October 15, 2014

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 15, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk